In the Matter of GENESIS OF MOUNT VERNON, N. Y., INC., Respondent, v ZONING BOARD OF APPEALS OF THE CITY OF MOUNT VERNON et al., Appellants

Thompson, J. P., Sullivan, Harwood and O'Brien, JJ., concur. *[See, — Misc 2d —.]*